IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| PABLO CASELLAS TORO, | * * * | 3:20-CV-1014 |
| Plaintiff, | * * | |
| v. | * * | |
| LORRAINE MARTINEZ ADORNO, SUPERINTENDANT, | * * * | ORDER GRANTING STAY |
| Defendant. | * * | |

Before the Court is Plaintiff Pablo Casellas Toro's Motion to Stay Proceedings. ECF No. 10. Defendant Lorraine Martinez Adorno did not file a response by the March 16 deadline. *See id.* The matter is fully submitted.

Plaintiff's petition under 28 U.S.C. § 2254 challenges, among other issues, his conviction by a non-unanimous jury. ECF No. 3 at 31. The U.S. Supreme Court is expected to resolve the constitutionality of such convictions when it issues an opinion in *Ramos v. Louisiana*, No. 18-5924. The Supreme Court heard oral argument in that case on October 7, 2019, and its term concludes on June 29, 2020. *Supreme Court Calendar: October 2019 Term*, U.S. Supreme Court, https://www.supremecourt.gov/oral_arguments/2019TermCourtCalendar.pdf (last visited April 3, 2020). Plaintiff moves to stay these proceedings until the Supreme Court issues a written opinion in order to preserve judicial economy. ECF No. 10.

This Court agrees. Plaintiff's § 2254 petition is stayed until the Supreme Court (1) issues an opinion in *Ramos* or (2) June 30, 2020, whichever occurs earlier.

IT IS SO ORDERED.

Dated this 3rd day of April 2020.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT